1  PAUL B. MELTZER (State Bar No. 077425)
   LAW OFFICES OF PAUL B. MELTZER
2  A Professional Corporation
   740 Front Street, Suite 325
3  Santa Cruz, California 95060
   Telephone: (831) 426-6000
4
   Attorneys for Defendant, SCOTT SAFADI
5

**FILED**

MAR – 6 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6

7                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA

8                    SAN JOSE DIVISION

9   UNITED STATES OF AMERICA,            )   Case No.: 5:12-cr-00465-DLJ-2
                                         )
10             Plaintiff,                )
                                         )   STIPULATION FOR TRAVEL AND
11       vs.                             )   [PROPOSED] ORDER
                                         )
12  SCOTT SAFADI,                        )
                                         )
13             Defendant.               )
                                         )
14                                       )
                                         )
15

16       Defendant, SCOTT SAFADI, by his counsel, Paul B. Meltzer, and Assistant United

17  States Attorney, Daniel Kaleba, stipulate and agree to the travel modification by the defendant

18  SCOTT SAFADI, as set forth in the attached order allowing defendant to travel to New York to

19  attend a wedding. U.S. Pre-Trial Services Officer Kim Do has no objection to this travel

20  

21  request.

22  Respectfully Submitted,

23  DATED: March 5, 2013            By: _____

24  

25                                 PAUL B. MELTZER, Attorney for
                                    Defendant, SCOTT SAFADI

26  DATED: March 5, 2013            By: _____/S/_____

27  

28                                 DANIEL KALEBA,
                                    Assistant United States Attorney


                    STIPULATION FOR TRAVEL REQUEST - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14

## [PROPOSED] ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that the Defendant SCOTT

SAFADI may travel to New York from May 30, 2013 to June 2, 2013 for the purpose of

attending a wedding. The Defendant has provided a detailed travel itinerary to U.S. Pre-Trial

Services Officer Kim Do.

SO ORDERED.

Dated: March 6, 2013

HON. D. LOWELL JENSON
United States District Judge
HOWARD R. LLOYD

STIPULATION FOR TRAVEL REQUEST - 2