**FILED**

JUN 2 8 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

PAUL B. MELTZER (State Bar No. 077425)
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
740 Front Street, Suite 325
Santa Cruz, California 95060
Telephone: (831) 426-6000

Attorneys for Defendant, SCOTT SAFADI

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:12-cr-00465-DLJ-2 |
| Plaintiff, | |
| vs. | STIPULATION FOR TRAVEL AND [PROPOSED] ORDER |
| SCOTT SAFADI, | |
| Defendant. | |

Defendant, SCOTT SAFADI, by his counsel, Paul B. Meltzer, and Assistant United States Attorney, Daniel Kaleba, stipulate and agree to the travel modification by the defendant SCOTT SAFADI, as set forth in the attached order allowing defendant to travel to Santa Monica, CA to visit family from July 31, 2013 to August 4, 2013. U.S. Pre-Trial Services Officer Kim Do has no objection to this travel request.

Respectfully Submitted,

DATED: June 28, 2013      By: /s/
                              PAUL B. MELTZER, Attorney for
                              Defendant, SCOTT SAFADI

DATED: June 28, 2013      By: _____/S/_____
                              DANIEL KALEBA,
                              Assistant United States Attorney

STIPULATION FOR TRAVEL REQUEST - 1

## [PROPOSED] ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that the Defendant SCOTT SAFADI may travel to Santa Monica, CA from July 31, 2013 to August 4, 2013 for the purpose of visiting family. The Defendant has provided a detailed travel itinerary to U.S. Pre-Trial Services Officer Kim Do.

SO ORDERED.

Dated: 6/28/13

_____
Hon. Howard R. Lloyd
United States Magistrate Judge